## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | | |
|---|---|---|
| Judith A. Parker, Caroline Jordan, Christopher J. DeCaro and Charles S. Walker, Jr., individually and on behalf of others similarly situated, | ) ) ) ) ) | **CASE NO.: 4:11-cv-00280-RBH** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | PLAINTIFFS' MOTION FOR ATTORNEY'S FEES |
| CFI Sales & Marketing, Ltd, and its Successor in Interest by Merger, CFI Sales & Marketing, LLC d/b/a West Gate Resorts; CFI Resorts Management, Inc.; CFI Sales & Marketing, Inc.; David A. Siegel; Central Florida Investments, Inc.; Westgate Resorts, Ltd.; Mark Waltrip, COO, Westgate Resorts; Tom Dugan, CFO, Westgate Resorts; Westgate Resorts, Inc.; Barry W. Siegel, Executive VP Sales, Westgate Resorts; Westgate Marketing, LLC; and Westgate Myrtle Beach, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

YOU WILL PLEASE TAKE NOTICE that the undersigned as counsel for Plaintiffs, moves the Court for an Order awarding attorneys' fees pursuant to 28 U.S.C. § 1447(c). The basis of this motion is the memorandum and statement of attorneys' fees attached hereto.

        KELAHER, CONNELL & CONNOR, P.C.

        *s/Gene M. Connell, Jr.*
        Gene M. Connell, Jr., Fed. I.D. No. 236
        The Courtyard, Suite 209
        1500 U. S. Highway 17 North
        Post Office Drawer 14547
        Surfside Beach, South Carolina  29587-4547
        (843) 238-5648 (phone)
        (843) 238-5050 (facsimile)
        gconnell@classactlaw.net

        *s/David J. Canty*
        David J. Canty, Fed. I.D. No. 50
        DAVID J. CANTY, P.A.
        4612 Oleander Drive
        Myrtle Beach, SC  29577
        (843) 449-6304 (phone)
        (843) 449-4249 (facsimile)
        mbcounsel@frontier.com

        **Attorneys for Plaintiffs**

August 30, 2011
Surfside Beach, South Carolina