UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CIVIL ACTION NUMBER: 4:11-00280-RBH

| | |
|---|---|
| Judith A. Parker, Caroline Jordan, Christopher J. DeCaro and Charles S. Walker, Jr., individually and on behalf of others similarly situated,<br>  Plaintiffs,<br>vs.<br><br>CFI Sales & Marketing, Ltd., and its Successors in Interest by Merger,<br>CFI Sales and Marketing, LLC d/b/a<br>West Gate Resorts,<br>CFI Resorts Management, Inc.;<br>David A. Siegel;<br>Central Florida Investments, Inc.<br>Westgate Resort, Ltd.;<br>Mark Waltrip, COO, Westgate Resorts;<br>Westgate Resorts, Inc.;<br>Barry W. Siegel, Executive VP Sales,<br>Westgate Resorts;<br>Westgate Marketing, LLC; and<br>Westgate Myrtle Beach, LLC,<br>  Defendants. | AFFIDAVIT OF ATTORNEY'S FEES |

Personally Appeared before me David J. Canty who, being duly sworn, deposes and says:

1.   That he is counsel for the Plaintiffs in this matter.

2.   That he is a graduate of Phillips Academy Andover, Vanderbilt University and the University of South Carolina School of Law.

3.   That he was admitted to practice in South Carolina in November 1981, in the United States District Court in December, 1981 and in the Fourth Circuit Court of Appeals in February, 1982.

4.   That he is informed and believes that a reasonable attorney's fee in class action litigation is Three Hundred Fifty & 00/100 ($350.00) Dollars per hour.

5.   The attached hereto is a detailed, itemized, chronological accounting of his time

Affidavit of Attorney's Fee

devoted to representation of the Plaintiff.

    Further the Affiant Sayeth Not.

Myrtle Beach, S.C.
August 30, 2011

_____
David J. Canty

Sworn to before me this 30th
day of August, 2011
_____
Notary Public for South Carolina
My Commission Expires: 8/6/19

Affidavit of Attorney's Fee

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CIVIL ACTION NUMBER: 4:11-00280-RBH

Judith A. Parker, Caroline Jordan, Christopher )
J. DeCaro and Charles S. Walker, Jr., )
individually and on behalf of others similarly )
situated, )
                Plaintiffs, )
vs. )  ATTORNEY'S FEES
 )
CFI Sales & Marketing, Ltd., and its Successors )
in Interest by Merger, )
CFI Sales and Marketing, LLC d/b/a )
West Gate Resorts, )
CFI Resorts Management, Inc.; )
David A. Siegel; )
Central Florida Investments, Inc. )
Westgate Resort, Ltd.; )
Mark Waltrip, COO, Westgate Resorts; )
Westgate Resorts, Inc.; )
Barry W. Siegel, Executive VP Sales, )
Westgate Resorts; )
Westgate Marketing, LLC; and )
Westgate Myrtle Beach, LLC, )
                Defendants. )

| Date | Description | Hours |
|---|---|---|
| 2/03/11 | Rev./Corresp. Dist. Ct.-Corresp./Dist. Ct. | .3 |
| 2/03/11 | Rev. Order/Protection/Wilkerson | .2 |
| 2/04/11 | Rev. Consent Order/Extension/Time-Wilkerson | .3 |
| 2/07/11 | Re. Certificate of Good Standing, Petitions for Admission | .4 |
| 2/10/11 | Rev. Class list Removal Petition, corresp./Connell | .6 |
| 2/15/11 | Conf. Clerk/Ct. | .3 |
| 2/15/11 | Rev. Corresp. Wilkerson-McDonald | .2 |
| 2/25/11 | Rev. Motion/Remand | .5 |
| 3/07/11 | Rev. Consent Order/Extension | .2 |
| 3/08/11 | Rev. Consent Order/Extension/Time | .2 |
| 3/11/11 | Rev. Amended Answer | .4 |
| 3/14/11 | Rev. Amended Answer (corrected) | .2 |
| 3/15/11 | Rev. Scheduling Order | .4 |
| 3/28/11 | Rev. Response in Opposition | .4 |
| 4/01/11 | Rev. Corresp./Wilkerson | .2 |
| 4/04/11 | Rev. Request/Protection/Wilkerson | .2 |
| 4/05/11 | Rev. proposed Order/Protection/Wilkerson | .2 |
| 4/07/11 | Rev. Reply to Response to Motion | .2 |

| Date | Description | Hours |
|---|---|---|
| 4/07/11 | Rev. Motion to Amend | .2 |
| 4/07/11 | Rev. Request/Protection | .2 |
| 4/11/11 | Rev. Order/Protection | .2 |
| 4/25/11 | Rev. Corresp. & proposed Consent Order/Extension-Wilkerson | .2 |
| 4/25/11 | Rev. Order Extension | .2 |
| 4/30/11 | Rev. Corresp./clt., conf./clt. | .5 |
| 5/02/11 | Rev. Response in Opposition to Motion to Correct | .4 |
| 5/03/11 | Corresp./clt. re: interrogs. | .2 |
| 7/14/11 | Research & corresp./Connell | .3 |
| 7/21/11 | Rev. Order (Remanding) | .2 |

8 hrs. @ $350.00   =   $ 2,800.00

Total     $ 2,800.00

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

NO. 11-239
(4:11-CV-00280-RBH)

CFI SALES & MARKETING LTD, and its Successor in Interest by Merger;
CFI SALES AND MARKETING, LLC, d/b/a West Gate Resorts; CFI RESORTS
MANAGEMENT, INC.; CFI SALES & MARKETING, INC.; DAVID A. SIEGEL;
CENTRAL FLORIDA INVESTMENTS, INC.; WESTGATE RESORTS LTD;
MARK WALTRIP, COO Westgate Resorts; TOM DUGAN, CFO Westgate Resorts;
WESTGATE RESORTS, INC.; BARRY W. SIEGEL, Executive VP Sales, Westgate
Resorts; WESTGATE MARKETING, LLC; WESTGATE MYRTLE BEACH, LLC

    Petitioners

v.

JUDITH A. PARKER, individually and on behalf of others similarly situated;
CAROLINE JORDAN, individually and on behalf of others similarly situated;
CHRISTOPHER J. DECARO, individually and on behalf of others similarly situated;
CHARLES S. WALKER, JR., individually and on behalf of others similarly situated;

    Respondents

### AFFIDAVIT OF ATTORNEY'S FEES

Personally Appeared before me David J. Canty who, being duly sworn, deposes and says:

1.   That he is counsel for the Plaintiffs in this matter.

2.   That he is a graduate of Phillips Academy Andover, Vanderbilt University and the University of South Carolina School of Law.

3.   That he was admitted to practice in South Carolina in November 1981, in the United States District Court in December, 1981 and in the Fourth Circuit Court of Appeals in February, 1982.

4.    That he is informed and believes that a reasonable attorney's fee in class action litigation is Three Hundred Fifty & 00/100 ($350.00) Dollars per hour.

5.    The attached hereto is a detailed, itemized, chronological accounting of his time devoted to representation of the Plaintiff.

Further the Affiant Sayeth Not.

Myrtle Beach, S.C.
August 30, 2011

_____
David J. Canty

Sworn to before me this 30th
day of August, 2011
_____
Notary Public for South Carolina
My Commission Expires: 8/6/19

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

NO. 11-239
(4:11-CV-00280-RBH)

CFI SALES & MARKETING LTD, and its Successor in Interest by Merger; CFI SALES AND MARKETING, LLC, d/b/a West Gate Resorts; CFI RESORTS MANAGEMENT, INC.; CFI SALES & MARKETING, INC.; DAVID A. SIEGEL; CENTRAL FLORIDA INVESTMENTS, INC.; WESTGATE RESORTS LTD; MARK WALTRIP, COO Westgate Resorts; TOM DUGAN, CFO Westgate Resorts; WESTGATE RESORTS, INC.; BARRY W. SIEGEL, Executive VP Sales, Westgate Resorts; WESTGATE MARKETING, LLC; WESTGATE MYRTLE BEACH, LLC

Petitioners

v.

JUDITH A. PARKER, individually and on behalf of others similarly situated; CAROLINE JORDAN, individually and on behalf of others similarly situated; CHRISTOPHER J. DECARO, individually and on behalf of others similarly situated; CHARLES S. WALKER, JR., individually and on behalf of others similarly situated;

Respondents

## ATTORNEY'S FEES

| Date | Description | Hours |
|---|---|---|
| 8/04/11 | rev. corresp./Wilkerson w/attachments (approx. 225pp.) | 2.3 |
| 8/05/11 | rev. draft Response, conf./Connell | .5 |
| 8/05/11 | rev. corresp./co-counsel(3) | .7 |
| 8/05/11 | Corresp. /co counsel (3), rev. corresp./co-counsel | .9 |
| 8/05/11 | Conf./clt. | 1.5 |
| 8/06/11 | rev. corresp./clt. (2), corresp./clt. | .4 |
| 8/08/11 | Rev. Corresp./co-counsel | .2 |
| 8/09/11 | Conf./co-counsel, corresp./co-counsel | .6 |
| 8/09/11 | Prep. & filing Appearance/counsel | .4 |
| 8/10/11 | rev. filings (3) | .5 |
| 8/12/11 | rev. filings (1) | .2 |
| 8/15/11 | rev. filings (3) | .2 |

8.4 hrs. @ $350.00   =   $ 2,940.00

Total     $ 2,940.00